LAWRENCE TRIPALDI, an Infant, by JAMES TRIPALDI, His Guardian ad Litem, Appellant, Impleaded with Another, *v.* ANTONIO SENNO et al., Respondents.

Argued March 13, 1942; decided April 23, 1942.

*Michael C. Bernstein* for appellant.

*Alexander E. Rosenthal* and *Irving Segal* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: CONWAY and DESMOND, JJ. Taking no part: RIPPEY, J.